UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Alma M. Anderson</u>

    v.                              No. 07-fp-099

<u>U.S. Social Security Administration,
Commissioner</u>

<u>**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**</u>

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-099-PB.

**SO ORDERED.**

                                          _/s/ James R. Muirhead_
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: April 5, 2007

cc:    Michael C. Shklar, Esq.