UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Alma M. Anderson</u>

      v.           Civil No. 07-cv-99-PB

<u>Michael J. Astrue, Commissioner,</u>
<u>US Social Security Administration</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 22, 2008, no objection having been filed.

  SO ORDERED.


March 3, 2008           /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge


cc: Michael Shklar, Esq.
   Gretchen Leah Witt, Esq.